UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steven Tyler,

    Plaintiff,

    v.

George W. Lavender, Jr., *et al.*,

    Defendants.

Case No. 2:23-cv-1837

Judge Michael H. Watson

Magistrate Judge Vascura

### ORDER

The magistrate judge has recommended dismissing this case without prejudice for failure to timely serve the defendants. R&R, ECF No. 3. Plaintiff did not timely object to that recommendation. The Court **ADOPTS** the Report and Recommendation and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint for failure to timely serve. The Clerk shall close this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT